Randall Lee **CONRAD, Plaintiff–Appellant,**

v.

**Warden DREW; Officer Smith, Kitchen Staff, Defendants–Appellees,**

and

**FCI Bennettsville, Defendant.**

**No. 13–7659.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 28, 2014.

Randall Lee Conrad, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Lee Conrad appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no re-versible error. Accordingly, we affirm for the reasons stated by the district court. *Conrad v. Drew,* No. 5:12–cv–01288–RBH, 2013 WL 4056339 (D.S.C. Aug. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*